**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **SUTTON, LYNETTE K**                Chapter 7

**Debtor**                **Bankruptcy No. 16-13823 ELF**

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter; The debtor failed to appear at the first scheduled meeting of creditors and counsel was on vacation on the date of the continued meeting;

Pursuant to that request, by and through counsel, the Debtor consents to the entry of the following Order;

Consent is hereby given to the within Order

/s/DAVID M. OFFEN
DAVID M. OFFEN
Counsel for Debtor(s)

/s/ TERRY P. DERSHAW
TERRY P. DERSHAW
Chapter 7 Trustee

### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to November 30, 2016.

Date: 8/26/16

ERIC L. FRANK
Chief United States Bankruptcy Judge