United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lynette K Sutton  
     Debtor

Case No. 16-13823-elf  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: Aug 26, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.  
db      +Lynette K Sutton,    4941 Hazel Avenue,    Philadelphia, PA 19143-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:  
     DAVID M. OFFEN    on behalf of Debtor Lynette K Sutton dmo160west@gmail.com, davidoffenecf@gmail.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     LEONA MOGAVERO    on behalf of Creditor Abraham  Woidislawsky lmogavero@fsalaw.com, mprimavera@fsalaw.com  
     TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: **SUTTON, LYNETTE K**    Chapter 7

**Debtor**    **Bankruptcy No. 16-13823 ELF**

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter; The debtor failed to appear at the first scheduled meeting of creditors and counsel was on vacation on the date of the continued meeting;

Pursuant to that request, by and through counsel, the Debtor consents to the entry of the following Order;

Consent is hereby given to the within Order

/s/DAVID M. OFFEN
DAVID M. OFFEN
Counsel for Debtor(s)

/s/ TERRY P. DERSHAW
TERRY P. DERSHAW
Chapter 7 Trustee

### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to November 30, 2016.

Date: 8/26/16

ERIC L. FRANK
Chief United States Bankruptcy Judge