United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lynette K Sutton  
    Debtor

Case No. 16-13823-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 1   Date Rcvd: Sep 14, 2016  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.  
db        +Lynette K Sutton,   4941 Hazel Avenue,   Philadelphia, PA 19143-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Lynette K Sutton dmo160west@gmail.com, davidoffenecf@gmail.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LEONA  MOGAVERO   on behalf of Creditor Abraham  Woidislawsky lmogavero@fsalaw.com, mprimavera@fsalaw.com  
        TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                  TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lynette K. Sutton aka Lynette K Gueits, aka Lynette K Gueits Sutton, aka Lynette Gueits Sutton, fdba Fisu, Inc.<br><br>                                              Debtor<br><br>M&T Bank<br>                                              Movant<br>       vs.<br><br>Lynette K. Sutton aka Lynette K Gueits, aka Lynette K Gueits Sutton, aka Lynette Gueits Sutton, fdba Fisu, Inc.<br>                                              Debtor<br><br>TERRY P. DERSHAW<br>                                              Trustee | CHAPTER 7<br><br><br>NO. 16-13823 ELF<br><br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 14th day of September, 2016, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 is modified with respect to the subject premises located at 4941 Hazel Avenue, Philadelphia, PA 19143 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**