Certificate Number: 12433-PAE-DE-028336954

Bankruptcy Case Number: 16-13823



12433-PAE-DE-028336954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2016, at 8:54 o'clock PM EST, Lynette Sutton completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 9, 2016           By:    /s/Laura Gannon

                                  Name:  Laura Gannon

                                  Title: Teacher