United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Lynette K Sutton
    Debtor

Case No. 16-13823-elf
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: Dec 02, 2016 |
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.
db        +Lynette K Sutton,   4941 Hazel Avenue,   Philadelphia, PA 19143-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:
      DAVID M. OFFEN   on behalf of Debtor Lynette K Sutton dmo160west@gmail.com, davidoffenecf@gmail.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LEONA MOGAVERO   on behalf of Creditor Abraham  Woidislawsky lmogavero@fsalaw.com, mprimavera@fsalaw.com
      TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:   : Chapter 7

Lynette K Sutton   : Case No. 16−13823−elf

    Debtor(s)

### ORDER
_____

AND NOW, this day , December 2, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

24
Form 195